# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Oshkosh Defense, LLC ) ASBCA No. 59795
)
Under Contract Nos. W56HZV-07-C-0248 )
W56HZV-09-D-0024 )

APPEARANCE FOR THE APPELLANT: Scott Arnold, Esq.
Blank Rome LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Harry M. Parent, III, JA
CPT Matthew A. Freeman, JA
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59795, Appeal of Oshkosh Defense, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals